**BRIAN R. KATZ**
**California State Bar No. 88895**
Attorney at Law
4364 Town Center Boulevard, Suite 207
El Dorado Hills, CA  95762
Telephone: 916-933-5266
Facsimile:  916-933-7866
e-mail: brian@katzbusinesslaw.com

Attorney for:   JOSH COLLETTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JOSH COLLETTE, an Individual, | CASE NO.: 2:15−CV−00426−MCE−EFB |
| Plaintiff, | JOINT STIPULATION EXTENDING THE TIME TO FILE RESPONSIVE PLEADINGS |
| -- vs. -- | |
| VISION SECURITY, LLC, NORTHSTAR ALARM SERVICES, LLC, and Does 1 -- 20, Inclusive, | Judge: Honorable Morrison C. Englund, Jr. |

Pursuant to L.R. 143 and L.R. 144, the parties jointly submit this Stipulation.

WHEREAS, on February 24, 2015, plaintiff Josh Collette ("Plaintiff") filed the above-captioned complaint against Vision Security, LLC, and Northstar Alarm Services, LLC (collectively "Defendants");

-1-
**STIPULATION EXTENDING TIME FOR FILING RESPONSIVE PLEADINGS**

WHEREAS, on March 2, 2015, Plaintiff sent a Notice of Lawsuit and Request for Waiver of Service of Summons to Defendants, and Defendant Vision Security, LLC, has subsequently agreed to waive service pursuant to Fed. R. Civ. P. 4(d);

WHEREAS, the parties would like to have additional time to engage in settlement discussions prior to Defendant Vision Security, LLC, having to file responsive pleadings;

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties that defendant Vision Security LLC's time to file responsive pleadings shall be extended to not later than May 29, 2015.

Dated: May 7, 2015

By: _____/s/ Brian R. Katz_____
Brian R. Katz
Attorney for Plaintiff
MyECheck, Inc.

Dated: May 7, 2015

By: _____/s/ R. Brett Evanson_____
R. Brett Evanson
Attorney at Law
Attorney for Defendant Vision Security, LLC
Evanson Weber
2975 W. Executive Parkway, Suite 201
Lehi, UT 84043
Tel: (801) 753-8084

**ORDER**

IT IS SO ORDERED.

Dated: May 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-3-
**STIPULATION EXTENDING TIME FOR FILING RESPONSIVE PLEADINGS**