Malcolm D. Schick, Esq. - State Bar No. 118978
Email: MSchick@GPSchickLaw.com
Jennifer L. Rusnak, Esq. - State Bar No. 247054
Email: JRusnak@GPSchicklaw.com
**G&P|SCHICK**, A Professional Corporation
99 Almaden Boulevard, Suite 740
San Jose, California 95113
Tel: (408) 995-5050; Fax: (408) 995-5150

Attorneys for Defendant,
VISION SECURITY, LLC

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH COLLETTE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>VISION SECURITY, LLC, NORTHSTAR ALARM SERVICES, LLC, and DOES 1-20, inclusive<br><br>Defendants. | CASE NO. 2:15-cv-00426-MCE (EFB)<br><br>Judge: Morrison C. England, Jr.<br>Ctrm.: 7, 14th Floor<br>Complaint filed: 02/24/15<br>Trial: None Set<br><br>**NOTICE OF WITHDRAWAL OF VISION SECURITY, LLC'S MOTION TO DISMISS UNDER RULE 12(b)(3); REQUEST TO SET DEADLINE FOR FILING AND SERVICE OF RESPONSIVE PLEADING; ORDER THEREON** |

Defendant, VISION SECURITY, LLC (hereinafter "VISION") hereby withdraws its Motion to Dismiss Under Rule 12(b)(3) [Docket No. 12], which is scheduled for hearing on July 23, 2015, in Courtroom 7 of the above-entitled court located at 501 I Street, Sacramento, California 95814. After reviewing plaintiff's Opposition to the Motion to Dismiss, and Declaration in support thereof [Docket Nos. 13 and 14], and after conducting additional investigation into the

- 1 -
**NOTICE OF WITHDRAWAL OF VISION SECURITY, LLC'S MOTION TO DISMISS UNDER RULE 12(b)(3); REQUEST TO SET DEADLINE FOR FILING AND SERVICE OF RESPONSIVE PLEADING; ORDER THEREON**

issues presented, VISION believes that there is good cause to withdraw the Motion to Dismiss, and requests that the hearing be taken off calendar.

In light of the withdrawal of the Motion to Dismiss, VISION requests that the deadline for filing and service of its responsive pleading be set for July 31, 2015.

DATED:  July 28, 2015                **G&P|SCHICK**

                                  By:   */s/ Jennifer L. Rusnak*
                                       Malcolm D. Schick, Esq.
                                       Jennifer L. Rusnak, Esq.
                                       Attorneys for defendant, VISION SECURITY, LLC

NOTICE OF WITHDRAWAL OF VISION SECURITY, LLC'S MOTION TO DISMISS UNDER RULE 12(b)(3); REQUEST TO SET DEADLINE FOR FILING AND SERVICE OF RESPONSIVE PLEADING; ORDER THEREON

**ORDER**

VISION SECURITY, LLC's Motion to Dismiss Under Rule 12(b)(3) and supporting papers (ECF No. 12), which was scheduled for hearing on July 23, 2015, in Courtroom 7 of the above-entitled court, is hereby taken off calendar.

VISION SECURITY, LLC shall file a responsive pleading on or before July 31, 2015.

**IT IS SO ORDERED.**

Dated: July 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT