1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19

| | | |
|---|---|---|
| JOSH COLLETTE, an Individual, | ) | CASE NO. 2:15-cv-00426-MCE (EFB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | District Judge Morrison C. |
| vs. | ) | England, Jr. |
| | ) | Courtroom 7, 14th Floor |
| VISION SECURITY, LLC, NORTHSTAR | ) | Magistrate Judge Edmund F. |
| ALARM SERVICES, LLC, and DOES 1- | ) | Brennan |
| 20, inclusive | ) | Courtroom 8, 13th Floor |
| | ) | Complaint filed: 02/24/2015 |
| Defendants. | ) | Trial: 04/03/2017 |
| | ) | |
| | ) | **ORDER AMENDING PRE-TRIAL** |
| | ) | **SCHEDULING ORDER** |
| | ) | |
| | ) | |

20
21
22

After reviewing the Stipulation of the Parties Regarding Discovery and Pre-Trial Deadlines, and good cause appearing therefore,

23
24
25
26

IT IS HEREBY ORDERED THAT the Court's December 14, 2015, Pre-Trial Scheduling Order is amended, and the deadlines are extended as follows:

27

Completion of non-expert discovery:        July 8, 2016

- 1 -

28

Initial expert disclosure:                    September 6, 2016

Supplemental expert disclosure:               October 6, 2016


All other dates set forth in the December 14, 2015 Pretrial Scheduling Order remain in effect.  In addition to the February 16, 2017 and April 3, 2017 Final Pretrial Conference and trial dates (and associated filing deadlines) this also includes the last day for hearing dispositive motions, which will remain September 29, 2016 despite the parties' request to continue it to December 29, 2016.

**IT IS SO ORDERED.**


Dated:  March 17, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT