UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH COLLETTE, an Individual,<br><br>           Plaintiff,<br><br>      vs.<br><br>VISION SECURITY, LLC, NORTHSTAR ALARM SERVICES, LLC, and DOES 1-20,  inclusive<br><br>           Defendants. | CASE NO. 2:15-cv-00426-MCE (EFB)<br><br>District Judge Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br>Magistrate Judge Edmund F. Brennan<br>Courtroom 8, 13th Floor<br>Complaint filed: 02/24/2015<br>Trial: 04/03/2017<br><br>**ORDER AMENDING PRE-TRIAL SCHEDULING ORDER** |

After reviewing the Stipulation of the Parties Regarding Discovery and Pre-Trial Deadlines, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Court's December 14, 2015, Pre-Trial Scheduling Order and March 18, 2016, Order Amending Pre-Trial Scheduling Order are amended, and the following deadlines are extended:

- 1 -
**ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

```
       Completion of non-expert discovery:    8/5/16

       Initial expert disclosure:             10/3/16

       Supplemental expert disclosure:        11/7/16

       Last day to hear dispositive motions:  11/7/16
```

All other dates set forth in the December 14, 2015, Pre-Trial Scheduling Order remain in effect.

**IT IS SO ORDERED.**

**Dated: July 5, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -

**ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**