1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSH COLLETTE,                         No.  2:15-cv-00426-MCE-DB

12              Plaintiff,

13      v.                                  ORDER TO SHOW CAUSE

14   VISION SECURITY, LLC, et al.,

15              Defendants.

16

17          On October 13, 2017 the District Court entered a Supplemental Pretrial Conference

18   Scheduling Order which among other things, directed the parties to arrange for the scheduling of

19   a settlement conference with the undersigned within 14 days from the date of the Order.  ECF No.

20   48 at ¶ III.  On March 19, 2018 the parties filed a Stipulation confirming to the conference on

21   April 19, 2018.  ECF No. 49 at 2:1-5.

22          On April 11, conflicts arose that required a rescheduling of the conference.  The court's

23   records show that the undersigned's Courtroom Deputy [CRD"] sent the attorneys for the parties

24   an email offering alternate settlement conference dates of May 4 and May 18, 2018 and informed

25   them that a response was required on the same day.  Counsel responded that they were not

26   available on the offered dates and requested available dates in June 2018.  The CRD then offered

27   them June 8 and June 22, 2018.  Neither counsel responded to this email.

28   ////

In light of the foregoing IT IS HEREBY ORDERED that:

Within 10 days of the date of this Order trial counsel for the parties are directed to show cause why sanctions should not be imposed for their failure to respond to the court's directions.

Dated: April 20, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE