UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH COLLETTE, | No. 2:15-cv-00426-MCE-DB |
| Plaintiff, | |
| v. | ORDER |
| VISION SECURITY, LLC, et al., | |
| Defendants. | |

On April 25 2018 this court issued an Order to Show Cause directing plaintiff's counsel to address a failure to reschedule a settlement conference in this matter in accordance with an earlier court Order. ECF No. 50. Counsel has addressed the Order.[1] After consideration,

IT IS HEREBY ORDERED that:

1. The parties shall appear for a Settlement Conference before the undersigned on Thursday, August 2, 2018, at 9:00 a.m. in Courtroom 9 of this District Court located at 501 I Street, 13th Floor, Sacramento, California 95814;

---

[1] The point of the OSC was not addressed. The scheduling order of October 31, 2017 required the parties to contact the undersigned's courtroom deputy within **14** days of the issuance of the order to schedule the conference. The stipulation filed on March 19, 2018 was far in excess of 14 days, and caused an unnecessary back and forth to obtain an acceptable date for the settlement conference. But the point of settlement conference is to bring the parties to agreement to resolve the case. The undersigned will simply accede to this more important purpose and hopes the resolution of this case is realized.

1

2. The parties are further advised to provide this court with confidential Settlement Conference Statements in accordance with Eastern District of California Local Rule No. 270(c) and (d) no later than a week before the conference.

Dated: April 26, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE