Claire Dossier (CA State Bar No. 264253)
J. Ryan Mitchell (admitted *pro hac vice*, Utah Bar No. 9362)
Christopher S. Feuz (admitted *pro hac vice*, Utah Bar No. 12087)
MITCHELL BARLOW & MANSFIELD, P.C.
Boston Building
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888

*Attorneys for Defendant*
NORTHSTAR ALARM SERVICES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH COLLETTE, an Individual, | Case No.: 2:15-cv-00426-MCE-DB |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| VISION SECURITY, LLC, a Utah limited liability company; NORTHSTAR ALARM SERVICES, LLC, a Utah limited liability company; and DOES 1 – 20, Inclusive, | Judge Morrison C. England, Jr. |
| | Magistrate Judge Deborah Barnes |
| Defendants. | |

Based upon the Stipulation and Motion of the parties, and for good cause appearing, this matter is hereby DISMISSED WITH PREJUDICE, inclusive of all claims and counterclaims, with each party to bear its own costs and attorneys' fees. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: December 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE